UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENE WILLIAMS,

    Plaintiff,

v.

                              Case No. 22-cv-12860
                              Hon. Matthew F. Leitman

ANTOINE LANEO THOMAS, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR LACK OF SUBJECT-MATTER JURISDICTION

Plaintiff Dene Williams, proceeding pro se, commenced this action on November 23, 2022. (*See* Compl., ECF No. 1.) On January 23, 2023, the Court entered an Order directing Williams to Show Cause why her Complaint should not be dismissed for lack of subject-matter jurisdiction. (*See* Show Cause Order, ECF No. 5, PageID.19.) In that order, the Court explained why the allegations of record are insufficient to establish this Court's subject-matter jurisdiction over Williams' claims. (*See id.*) The Court further instructed Williams to identify, in writing, the basis for the Court's subject-matter jurisdiction over her claims by no later than February 27, 2023. (*See id.*) As of March 21, 2023, Williams has failed to file any response to the Court's Show Cause Order. This action is therefore **DISMISSED**

1

**WITHOUT PREJUDICE**, as the allegations of record are insufficient to establish this Court's subject-matter jurisdiction over Williams' claims.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126